UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK MISSUD,

    Plaintiff,

    v.

SAN FRANCISCO SUPERIOR COURT, et al.,

    Defendants.

_____/

No. C 11-1856 PJH

**ORDER DISCHARGING ORDER TO SHOW CAUSE, VACATING SHOW CAUSE HEARING, EXTENDING TIME TO COMPLETE SERVICE OF PROCESS**

Plaintiff timely filed a response to the order to show cause for failure to serve defendants within 120 days of filing the complaint. The August 19, 2011 order to show cause is therefore DISCHARGED. The October 5, 2011, show cause hearing is hereby VACATED.

Plaintiff, an attorney representing himself, filed this action on April 18, 2011, against San Francisco Superior Court, Judge Charlotte Woolard, Court Approved Mediator Michael Carbone, ADR Services Inc., and Does 1 through 200. None of the defendants have been served. Plaintiff recognizes that the court requires good cause for failing to comply with the time limit for service under FRCP 4(m), but "also fears that this Court may be intentionally creating a roadblock to conceal evidence of rampant judicial corruption at the SF Superior Court." Doc. no. 15. Plaintiff also seeks leave to conduct discovery prior to serving the summons and complaint "because once those court documents have been accepted by the Defendants they are more than likely to notice demurrers based on absolute judicial immunity . . . or motion for protective orders to conceal their crimes . . . [preventing]

dissemination of any and all evidence so that they can continue to support their racketeering enterprise . . . ." Id.

Plaintiff fails to demonstrate good cause for the failure to serve defendants. The court hereby grants plaintiff an extension of time of no more than 21 days from the date of this order, by which time plaintiff must serve the summons and complaint and file a certificate of service. Failure to complete service of process within 21 days will result in dismissal of the complaint pursuant to FRCP 4(m) and 41(b). No further extensions of time will be granted. Plaintiff's request for judicial notice is DENIED.

The court will set a case management conference after plaintiff files the certificates of service.

**IT IS SO ORDERED.**

Dated: September 30, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge

2