UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK A. MISSUD,

    Plaintiff,                 No. C 11-1856 PJH

    v.                           **JUDGMENT**

SAN FRANCISCO SUPERIOR COURT, et al.,

    Defendants.
_____/

    This action came on for hearing before the court and the issues having been duly heard and the court having granted defendants' motion to dismiss

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: February 13, 2012

                                          _____
                                          PHYLLIS J. HAMILTON
                                          United States District Judge